```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Room 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2744
 5
 6
```




FILED
JUL 2 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-MJ-0099 DAD |
| Plaintiff, ) | |
| v. ) | MOTION TO DISMISS COMPLAINT AND WITHDRAW WARRANT; [proposed] ORDER |
| MARIO POSADAS, ) | |
| Defendant. ) | |

For the reasons set forth below, the United States requests that the Court dismiss the above-referenced complaint, as well as withdraw the arrest warrant which issued with the complaint.

On March 31, 2006, the Honorable Dale A. Drozd signed a complaint and authorized an arrest warrant for Mario Posadas for violating Title 21, United States Codes, Sections 846 and 841(a)(1), Conspiracy to Distribute over 50 grams of Methamphetamine.

On November 21, 2006, the same Mario Posadas named in the above-

referenced complaint was indicted in CR-F-06-393 OWW on charges relating to the possession and distribution of methamphetamine and MDMA.  The conduct underlying the complaint issuing from Sacramento, and the indictment issuing from Fresno, was unrelated.  On June 25, 2007, Posadas entered guilty pleas to counts 3 and 4 in indictment 06-393 OWW.  Pursuant to the written terms of the plea agreement, the parties agreed to a sentence of 135 months.  In return, among other things, the government agreed to dismiss the complaint in this action, 06-MJ-0099 DAD.  On September 17, 2007, Posadas was sentenced to a term of imprisonment of 135 months.

Pursuant Federal Rule of Criminal Procedure 48, and in accordance with its obligations under the plea agreement entered into in case number 06-393 OWW, the government hereby moves the Court for an order dismissing the complaint in case 06-MJ-0099 DAD.  The government also respectfully requests that the arrest warrant issued in that case be withdrawn.

DATED: July 18, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

2

O R D E R

Upon application of the United States and Good Cause having been shown, IT IS HEREBY ORDERED that the complaint issued in case no. 06-MJ-0099 DAD is hereby DISMISSED. The Court further ORDERS that the arrest warrant issued in case no. 06-MJ-0099 DAD be WITHDRAWN.

Date: 7-18-08

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE